UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

                Plaintiff,

v.                                Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

                Defendant.
_____/

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

        Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

        Defendant.

## DECLARATION OF KEVIN LITTLEJOHN

    I, Kevin Littlejohn, under penalty of perjury pursuant to Section 1746 of Title 28, United Sates Code, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration concerning the above-entitled matter.

1. I am currently employed by the United States Government, Federal Bureau of Prisons, as a Paralegal Specialist at the Southeast Regional Office located in Atlanta, Georgia. I have been employed by the Federal Bureau of Prisons since February 2005. I have been employed as a Paralegal Specialist since June 2009.

2. As part of my duties, I have access to documents and electronic data created and/or maintained by the Federal Bureau of Prisons. These records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of the relevant matters.

3. All mail addressed to the Southeast Regional Office is received at an outside screening site by the Regional Administrative Assistant or designee from the Correctional Programs Section. The screening site is located adjacent to the Southeast Regional Office. The mail is first processed through an x-ray/screening system to ascertain any physical or threatening contents, and then moved to a station equipped to detect biological or aerosol threats. All mail is then moved into the main office at the Southeast Regional Office.

4. Administrative remedies, tort claims, and legal correspondence are then forwarded to the Legal Office, and each piece is date stamped. All mail

pertaining to tort claims and legal correspondence is sent to me for screening. I determine which Consolidated Legal Center (CLC) is responsible to handle the matter, and then mail the correspondence to the appropriate CLC.

5. Specific to tort claims alleging sexual misconduct by staff, the routine practice is that once I receive a claim alleging this type of conduct, I provide the tort claim directly to either the Regional Counsel or Deputy Regional Counsel for review. The Regional Counsel or Deputy Regional Counsel contacts the CLC Supervisory Attorney immediately to alert them of the claim. I scan and send the tort claim to the CLC Supervisory Attorney. I then mail the original tort claim along with the other tort claims and correspondence to the appropriate CLC.

6. I do not retain copies of the tort claims at the Southeast Regional Office. I do not have a record of receiving a tort claim from Ms. Bright. Had the office received such a claim, I would have sent the claim to the CLC Supervisory Attorney at the Federal Correctional Complex—Coleman.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 18th day of April, 2023.

Kevin Littlejohn
Paralegal Specialist
USDOJ/Federal Bureau of Prisons
Southeast Regional Office
Atlanta, Georgia