UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

               Plaintiff,

v.                           Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

               Defendant.
_____/

# **EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

        Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

        Defendant.

_____

### DECLARATION BY JEANIE REGISTER

I, Jeanie Register, hereby declare and state the following in accordance with the provisions of Section 1746 of Title 28, United Sates Code under penalty of perjury:

1. I am currently employed by the United States Government, Federal Bureau of Prisons, as a Legal Assistant at the Federal Correctional Complex in Coleman, Florida ("FCC Coleman").

2. As part of my duties, I have access to documents and electronic data created and/or maintained by the Federal Bureau of Prisons ("Bureau" or "BOP"). These records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of the relevant matters.

3. The Bureau offers inmates an avenue for seeking monetary compensation through administrative claim procedures for acts or omissions of government officials which would subject the government to liability under the Federal Tort Claims Act, 28 U.S.C. § 2675, *et seq.* The regulations designed to facilitate these administrative claim procedures are codified at 28 C.F.R. § 543.30, *et seq.*, and are published in Bureau Program Statement 1320.06, Federal Tort Claims Act.

4. I am responsible for sorting all mail received at the Coleman Consolidated Legal Center (CLC), including mail, including administrative tort claims, received from the Southeast Regional Office addressed to the Supervisory Attorney. Specific to tort claims, upon receipt I date stamp each tort claim,

upload the claim into a national database called *Content Manager*, and provide them to the Supervisory Attorney for review. A review of records reveals that the Federal Bureau of Prisons has never received an administrative tort claim from or on behalf of inmate Christy Bright, registration number 56954-177. I conducted a search of inmate Bright's registration number that returned no results. Out of an abundance of caution, I also conducted a search of "Bright" that returned forty (40) results. None of the results were from an inmate named Christy Bright.

5. A diligent and thorough search has been conducted. No mail has been found to have been received from Ms. Bright or her attorney with an administrative tort claim enclosure. Specifically, there is no record of a tort claim alleging sexual assault received from Ms. Bright or her attorneys.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 18 day of April, 2023.

Jeanie Register, Legal Assistant
Federal Correctional Complex
Coleman, Florida