**Posteraro, Julie (USAFLM)**

| | |
|---|---|
| **From:** | James M. Slater <james@slater.legal> |
| **Sent:** | Tuesday, April 11, 2023 9:07 AM |
| **To:** | Posteraro, Julie (USAFLM) |
| **Cc:** | cookjv@gmail.com |
| **Subject:** | [EXTERNAL] Re: Bright v. USA, Case No. 5:23-cv-00101-BJD-PRL |
| **Attachments:** | Bright v. USA - Certified Mail Receipt.pdf; 2022-03-09 Bright v. USA FTCA Letter.pdf |

Hi Julie,

It's nice to e-meet you.

I am not sure why your records would show that. Mr. Cook mailed a letter with the SF-95 on March 9, 2022 to BOP. I am enclosing the presuit notice along with the certified mail stamp dated March 9, 2022. Given this, please let us know if you still intend to move to dismiss so thatwe can confer further.

Thanks,
James



**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal





On Mon, Apr 10, 2023 at 5:54 PM Posteraro, Julie (USAFLM) <Julie.Posteraro@usdoj.gov> wrote:

> Good afternoon—
>
> I am the Assistant United States Attorney handling this matter.

1

A review of records shows that Plaintiff did not submit an administrative tort claim and, accordingly, did not exhaust the remedies necessary to bring an FTCA claim against the United States.  I intend to file a Motion to Dismiss on this basis.  Pursuant to Local Rule 3.01(g), I need to know Plaintiff's position on this forthcoming motion.  Happy to discuss further if you would like.


Regards,

Julie