UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

                Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

                Defendant.
_____/

# **EXHIBIT D**

## USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

**70142120000310522918**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Moving Through Network
**In Transit to Next Facility**
March 18, 2022

**Departed USPS Regional Destination Facility**
ATLANTA GA DISTRIBUTION CENTER
March 14, 2022, 1:50 pm

**Arrived at USPS Regional Destination Facility**
ATLANTA GA DISTRIBUTION CENTER
March 12, 2022, 11:00 pm

**Departed USPS Regional Origin Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
March 11, 2022, 7:04 pm

**Arrived at USPS Regional Origin Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
March 9, 2022, 8:40 pm

**USPS in possession of item**

TALLAHASSEE, FL 32301
March 9, 2022, 4:42 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs