UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

          Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

          Defendant.
_____/

## DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION

The United States, by and through the undersigned Assistant United States Attorney, pursuant to Local Rule 2.02(a), hereby files its Notice of Lead Counsel Designation and identifies AUSA Julie Posteraro as Lead Counsel for the United States in this action.

Dated: April 25, 2023                Respectfully submitted,

                                            ROGER B. HANDBERG
                                            United States Attorney

                              By:    */s/ Julie Posteraro*
                                            Julie R. Posteraro
                                            Assistant United States Attorney
                                            USA No. 157
                                            400 W. Washington Street, Suite 3100
                                            Orlando, Florida 32801
                                            Telephone: (407) 648-7500
                                            Facsimile: (407) 648-7588
                                            Email: Julie.Posteraro@usdoj.gov