## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

CRISTY BRIGHT,

     Plaintiff,

v.

                      Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

     Defendants.

---

### PLAINTIFF'S NOTICE OF LEAD COUNSEL

Plaintiff, through counsel, pursuant to Local Rule 2.02(a), hereby files her

Notice of Lead Counsel Designation and identifies Attorney James V. Cook as Lead

Counsel for the Plaintiff in this action.

Respectfully Submitted,    *s/James V. Cook*
                                      JAMES V. COOK, ESQ.
                                      Florida Bar Number 966843
                                      Law Office of James Cook
                                      314 West Jefferson Street
                                      Tallahassee, FL 32301
                                        (850) 222-8080; 561-0836 fax
                                        cookjv@gmail.com

                                      Attorney for Plaintiff

I CERTIFY a true copy hereof was filed and served by CM/ECF on 4/26/23.

                                            *s/James V. Cook*