UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

                    Plaintiff,

        v.                                      Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

                    Defendant.

_____

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant United States of America, by and through the undersigned Counsel, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

      N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

      N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a.  Bright, Christy, Plaintiff;

    b.  Cook, James V., Counsel for Plaintiff;

    c.  Roger B. Handberg, United States Attorney, Counsel for Defendant;

    d.  Middendorf, Jeff, Counsel for Bureau of Prisons;

    e.  Posteraro, Julie, Counsel for Defendant;

    f.  Slater, James, Counsel for Plaintiff; and

    g.  United States of America, Defendant.

4.  Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

5.  Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

6.  Identify each person arguably eligible for restitution:

    Christy Bright, Plaintiff

☒  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: April 28, 2023          Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    <u>/s/ Julie Posteraro</u>
Julie Posteraro

Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: Julie.Posteraro@usdoj.gov