UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CRISTY BRIGHT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 5:23-cv-00101-BJD-PRL

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Christy Bright, Plaintiff;
- James V. Cook, Attorney for Plaintiff;
- Law Office of James Cook, Attorneys for Plaintiff;
- James M. Slater, Attorney for Plaintiff;
- Slater Legal PLLC, Attorneys for Plaintiff;
- United States of America, Defendant;

- Julie Posteraro, Attorney for Defendant; and

- Roger B. Handberg, United States Attorney, Attorneys for Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Christy Bright, Plaintiff.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 1, 2023

              LAW OFFICE OF JAMES COOK

              By: */s/ James V. Cook*
                 James V. Cook (FBN 0966843)
                 314 W. Jefferson Street
                 Tallahassee, Florida 32301
                 Tel. (850) 222-8080
                 Fax (850) 561-0836
                 cookjv@gmail.com

                -and-

SLATER LEGAL PLLC

By: /s/ *James M. Slater*
    James M. Slater (FBN 111779)
    113 S. Monroe Street
    Tallahassee, Florida 32301
    Tel. (305) 523-9023
    james@slater.legal

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on May 1, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *James M. Slater*
    James M. Slater