UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

    Plaintiff,

v.

                                    Case No. 5:23-cv-101-BJD-PRL

UNITED STATES OF AMERICA,

    Defendant.

## DECLARATION OF JAMES V. COOK

I, James V. Cook, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am an attorney of record in this case for Plaintiff Christy Bright.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to provide factual background surrounding my personal mailing of the Standard Form 95 (SF95) in this case.

4. Attached as Exhibit 1 hereto is a true and correct copy of Ms. Bright's SF95 and accompanying letter that I personally mailed to BOP's Southeast Regional Office at the address shown on the SF95 on March 9, 2022.

5. Attached as Exhibit 2 hereto is a true and correct copy of the certified mail receipt for Ms. Bright's SF95, which was stamped on March 9, 2022 in my presence by an employee or agent of the U.S. Postal Service at the U.S. Post Office

located at 221 West Park Avenue, Tallahassee, Florida 32301. The stamp on the receipt bears the date March 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2023.

_____
James V. Cook