

# JAMES V. COOK
## ATTORNEY-AT-LAW

REPLY TO: POST OFFICE BOX 10021
TALLAHASSEE, FLORIDA 32302

(850) 222-8080
FAX: (850) 561-0836

March 9, 2022

U.S. Bureau of Prisons
Southeast Regional Office
3800 North Camp Creek Parkway S.W., Bldg. 2000
Atlanta, GA 30331-6226

Cristy Bright, # 56954-177
FTCA Claim

**CERTIFIED MAIL RCPT. 7014 2120 0003 1052 2918**

Dear Sir or Madam:

Enclosed, please find our Federal Tort Claims Act filing for the above prisoner.

Enclosed, you should find:   SF-95 (2 pages)
Exhibit A to the SF-95 (4 pages)
Authorization for Attorney filing

If you have any questions, please feel free to contact me at 850-222-8080.

We look forward to hearing from you.

Sincerely,

James V. Cook, Esq.
Attorney-at-Law

Copy: file

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit to Appropriate Federal Agency: U.S. Bureau of Prisons Southeast Regional Office 3800 North Camp Creek Parkway S.W., Bldg. 2000 Atlanta, GA 30331-6226 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse) Number, Street, City, State and Zip code Cristy Bright c/o James Cook, Esq. Law Office of James Cook 314 West Jefferson Street Tallahassee, FL 32301 | |

| 3. TYPE OF EMPLOYMENT [ ] MILITARY [X] CIVILIAN | 4. DATE OF BIRTH [redacted] 1982 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT May-December 2020 | 7. TIME (A.M. OR P.M.) Various |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

SEE EXHIBIT A, ATTACHED HERETO

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

SEE EXHIBIT A, ATTACHED HERETO

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| SEE EXHIBIT A, ATTACHED HERETO | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 1,000,000 | | 1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *Cristy Bright* | 13b. PHONE NUMBER OF PERSON SIGNING FORM 850-222-8080 | 14. DATE OF SIGNATURE 10-6-21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15.** Do you carry accident Insurance? [ ] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [X] No

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes   [X] No   **17.** If deductible, state amount.

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

**19.** Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [X] No

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

### Christy Bright Narrative

Christy Bright is currently an inmate at Federal Corrections Institute (FCI) Aliceville. Prior to her incarceration at Aliceville, Bright was imprisoned at Coleman Florida Women's Federal Camp from 05/07/2019 to 08/19/2020. She was then transferred to Coleman Low Men's Special Housing Unit (SHU) from 08/192020 to 12/30/2020.

Upon arrival at Coleman Florida Women's Federal Camp, Bright had no issues. However, that changed shortly upon Officer Tippett's arrival in May of 2020. Officer Tippett was assigned to Bright's F-3 compound for three months. Throughout his time as an Officer, Tippett was constantly under the influence of Xanax, morphine and hydrocodone pills. He frequently slurred his words and had trouble remaining standing. This behavior was reported by numerous inmates to staff members, SIS, and the Warden, but no action was ever taken. Upon his arrival, he began to continuously sexually harass Bright.

On one occasion in May 2020, Bright was going to dinner when Tippett called her over and told her "If we weren't on the yard right now, I'd bend you over and fuck the shit out of you." Soon after that, Bright was going to dinner again when Tippett attempted to call her over. She was scared due to their last interaction so she put up a finger said "hold on," and kept walking. Tippett aggressively followed her, ripped her headphones off and told her "when he says to do something, she needs to do it," and walked away. Later, as she was walking out he approached her again, put his finger in her face and said when he asked her to come to him she needed to do it, and never disrespect him again.

Similar instances continued until July 2020, when Bright caught COVID-19 and was placed in the quarantine section of the facility. Officer Tippett oversaw this area, and his harassment continued. He once stopped Bright as she was in a robe leaving the shower and told her to "bend over and pick up a piece of paper so I can see your ass." On one occasion Officer Tippett gave Bright drugs (Xanax, morphine, hydrocodone).

Around 4 pm during count, Officer Tippett told Bright she had mail. After 10 pm count, Bright went to the message center and asked where her mail was. Tippett came to the side offered Bright a hit from his vapor cigarette. She declined and asked "where her mail" was. He then leaned in and stuck his tongue down her throat. She pulled back and turned her head to spit in reaction. When she turned around, his penis was erect and out of his pants. She turned to go back to the visiting room. He called out, "Please don't tell SIS on me" and mentioned he "only had 14 years left."

Bright returned to her quarantine area in distress. Another inmate Belkys Martinez noticed Bright's condition and asked what was wrong. Bright refused to reveal any details of what occurred, but she asked Martinez to watch over her as she slept because she was scared. Bright was fearful Tippett would return to her bunk and rape her. Martinez agreed and the two prayed for protection before Bright fell asleep.

That night, Martinez witnessed Tippett walk straight to Bright's bed. He was about to kick it to wake her up, yet he stopped when he saw Martinez watching. Tippett, under the influence of

drugs, also caught a microwave on fire. The next day around 4 pm, he kicked Bright's bed and aggressively told her to "get up" during count. He did not due this to any other inmates. Bright spent the rest of quarantine fearful of Tippett.

Upon returning to the F-3 dorm, Bright lived in constant fear of Tippett, and his harassment continued. During counts, he would intimidatingly stare at Tippett. He would ask her to walk around the track with him in front of other inmates. On one occasion he hit Bright in from of other inmates. Some nights, Tippett would walk into her room and attempt to wake her. Tippett once threatened her if she told anyone what had occurred that he would place drugs and a cell phone in her cube.

Eventually, at her wits end, Bright confided in fellow inmates Amber Theille, Peggy White and Kelly Lewis regarding Tippett's emotional, physical and sexual abuse. In response, Theille urged Bright to report what had occurred. While Bright had pinkeye, she signed a statement Theille wrote for her. On August 15, 2020, Theille mailed the statement to her lawyer. On August 16, 2020 Theille reported to the Department of Justice (DOJ) through Trulinks, "I think you should talk to Christy Bright about an officer, but she is afraid of retaliation."

On August 18, 2020 Bright was abruptly put into the Colemans Low Men's Facility in Medical Special Housing Unit (SHU) due to a falsified incident report which claimed she had been emailing other inmates. This report was later appealed due to its false claims. In the SHU, Bright was kept in conditions, violating the 8th Amendment, for 135 days until December, 30, 2020.

Conditions included male officers and inmates entering the area unannounced. While these males walked through they had a clear view of the toilet and shower areas. The male inmates would go to Bright's window and harass her yelling at her to "show her tits and ass." Bright's access to food and water was severely limited. She would sometimes go days without food and water and would only receive it when she begged officers. Her access to her prescribed Lexapro medication ran out between November and December. She wrote to Warden Lane about the medication, but never received any more Lexapro while in the SHU. She also had no recreation or fresh air for the total time. Bright was also left exposed to COVID-19 when her bunkmate, Pilar Melvin, tested positive for COVID-19. Melvin was never quarantined and was left in a cell with Bright for the duration of her sickness, exposing Bright to COVID-19 for a third time.

Once Bright was release from the SHU, she was transferred to her current location Aliceville FCI. She wrote a sensitive BP 10 report to Region regarding her issues, yet she never heard a response. While seeing a psychologist, Dr. DeJesus, at Aliceville FCI, Bright reported Officer Tippett's sexual abuse. Her complaint was rebuffed with the statement that 99% of women who make these allegations are or were in relations with the officer."

Bright continues to suffer emotional distress since the abuse she faced from Officer Tippett. Her depression and anxiety have worsened, and she lives in a constant state of fear. She has not been provided with proper assistance or mental health treatment. She remains unaware of the status of her case or reports. She seeks compensatory and punitive damages.

*Christy Bright* (signature)

| Witness List | Role | Inmate Number (if applicable) | Location |
|---|---|---|---|
| Christy Bright | Victim | 56954-177 | Aliceville FCI |
| Heather Crawford | Witnessed second interaction with Tippett during the walk to dining. | | |
| Belkys Martinez | Inmate who watched Tippett approach Bright's bed in the middle of the night after the incident. | | |
| Amber Theille | Inmate who reported Bright's allegations. | | |
| Peggy White | Inmate who Bright told about her experience with Tippett. | | |
| Kelly Lewis | Inmate who Bright told about her experience with Tippett. | 66960-019 | Kansas City RRM |
| Amanda Hayes | Inmate with separate case against Tippett | 51339-074 | Nashville RRM |
| Tasha Gruerio | Inmate who witnessed Hayes and Tippett | 69709-018 | |
| Joyce Watson | Wrote letter regarding Tippett and Hayes "relationship." | 19953-032 | Oklahoma City FTC |
| Brittanie McCall | Watson claims she saw Tippett hitting on her multiple times. | 32860-171 | Marianna FCI |
| Chiquita Tyler | Listed as witness for Hayes | 46762-177 | Released 07/26/2021 |
| Samantha Barton | Listed as witness for Hayes | 15494-028 | Marianna FCI |
| Lt. Thompson | Officer in Coleman SHU | | |
| Officer Groomes | Officer in Coleman SHU | | |

| | | | |
|---|---|---|---|
| Officer Roulette | Officer in Coleman SHU | | |
| Officer Cherry | Officer in Coleman SHU | | |
| Officer Ward | Officer in Coleman SHU | | |
| Officer Foster | Officer in Coleman SHU | | |
| Officer Pachecko | Officer in Coleman SHU | | |

**AUTHORIZATION FOR ATTORNEY**
**TO FILE FEDERAL TORT CLAIMS ACT CLAIM**
**ON BEHALF OF CLAIMANT**

I, Cristy Bright, Date of Birth ▮▮▮ 1982, hereby authorize attorney JAMES V. COOK, Esq., to file a Federal Tort Claims Act Claim on my behalf with the United States, for damages sustained relating to sexual abuse by Staff at the Federal Corrections Institution, Tallahassee, Florida.

Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.

_Cristy Bright_
SIGNATURE