# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.73 |
| Certified Fee | 3.750 |
| Return Receipt Fee (Endorsement Required) | 3.050 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.53 |

Postmark Here

TALLAHASSEE PARK
MAR - 9 2022
32302 USPS

**Sent To**
U.S. Bureau of Prisons
**Street & Apt. No.** Southeast Regional Office
**or PO Box No.** 3800 N. Camp Creek Pkwy SW, Bldg. 2000
**City, State, ZIP+4** Atlanta, GA 30331-6226

PS Form 3800, July 2014     See Reverse for Instructions

## Certified Mail service provides the following benefits:

- [illegible] receipt [illegible] Certified Mail label).
- A unique identifier for your mailpiece
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service® for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, you may request the following services:
  - Return receipt service, which provides you with a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece [illegible] to cover the return receipt service fee; and endorse the mailpiece "Return Receipt Requested," or see a retail associate for assistance. For an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt, present this USPS®-postmarked Certified Mail receipt to the retail associate, who will provide a duplicate return receipt for no additional fee.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent. Include applicable postage to cover the restricted delivery fee and endorse the mailpiece "Restricted Delivery," or see a retail associate for assistance.
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, July 2014 *(Reverse)* PSN 7530-02-000-9047