UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

        Plaintiff,

v.          Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

        Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**

The United States, by and through the undersigned Assistant United States Attorney, pursuant to Local Rule 3.01(d), respectfully requests leave of this Honorable Court to file a reply in support of its Motion to Dismiss (Doc. 5). In support thereof, the United States submits the following:

On April 24, 2023, the United States filed a Motion to Dismiss on the basis that Plaintiff failed to exhaust the administrative remedies necessary to provide this Court jurisdiction over her claims. (Doc. 5) Specifically, the United States moves to dismiss Plaintiff's claims for lack of subject matter jurisdiction because her administrative claim was not presented to the Bureau of Prisons ("BOP") as required under 28 U.S.C. § 2675(a). On May 8, 2023, Plaintiff filed her opposition to the United States' motion. (Doc. 10)

Under Local Rule 3.01(d), a party may seek leave to file a reply in

support of a motion, specifying the need for and length of the proposed reply. The United States seeks to file a reply to address the various arguments raised in Plaintiff's response, including those with respect to the certified mail tracking data and the declarations of Ms. Register and Mr. Littlejohn. Though the parties conferred pursuant to Local Rule 3.01(g) prior to the United States filing its motion, during which Plaintiff produced the certified tracking receipt at issue in this motion, the more substantive arguments Plaintiff ultimately articulates were not discussed. The United States attempted to reasonably anticipate Plaintiff's potential response but seeks this Court's permission to respond to the arguments Plaintiff now raises against the sufficiency of the evidence offered to rebut the presumption of BOP's receipt of Plaintiff's administrative claim.

The United States anticipates it will require no more than five pages to reply to Plaintiff's response.

### **Local Rule 3.01(g) Certification**

On May 11, 2023, the undersigned conferred with Plaintiff's counsel who do not oppose the relief requested herein.

Dated:  May 12, 2023                    Respectfully submitted,

             ROGER B. HANDBERG
             United States Attorney

       By: */s/ Julie Posteraro*
             Julie R. Posteraro
             Assistant United States Attorney
             USA No. 157
             400 W. Washington Street, Suite 3100
             Orlando, Florida 32801
             Telephone: (407) 648-7500
             Facsimile: (407) 648-7588
             Email:  Julie.Posteraro@usdoj.gov

             LEAD COUNSEL