UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

                Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

                Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

The United States, by and through the undersigned Assistant United States Attorney, respectfully moves for a 7-day extension of time up to and including May 26, 2023, by which to file a reply in support of its Motion to Dismiss.

1.    On April 24, 2023, the United States filed a Motion to Dismiss Plaintiff's claims for lack of subject matter jurisdiction because her administrative claim was not presented to the Bureau of Prisons ("BOP") as required under 28 U.S.C. § 2675(a). (Doc. 5) Plaintiff filed her response to the Motion to Dismiss on May 8, 2023. (Doc. 10) Thereafter, the United States sought leave to reply in support of its Motion to Dismiss, which the Court granted on May 15. (Docs. 12 and 13). The United States' reply is due on or before May 19, 2023.

1

2. The United States intends to submit a declaration from a United States Postal Service representative in support of its Motion to Dismiss, addressing Plaintiff's assertion regarding the possibility the administrative claim was delivered to the Bureau of Prisons Southeast Regional Counsel without being scanned. The undersigned attempted to contact the United States Postal Service representative immediately on May 15, 2023, when the Court's order granting leave to file a reply was docketed. Despite repeated telephone calls and emails, the undersigned was not able to speak to the representative until May 19, 2023, due to his business travel away from the office. The United States Postal Service representative stated he will be able to provide the declaration next week. Accordingly, the United States seeks an extension of time up to and including May 26, 2023, to file its reply in support of its Motion to Dismiss.

3. This motion is not interposed for the purposes of delay, and the United States anticipates none of the parties will be prejudiced if the Court grants the motion.

Federal Rule of Civil Procedure 6(b) is a rule of general application giving discretion to the trial court to enlarge time limits either before or after they have expired. *See Jozwiak v. Stryker Corp.*, 2010 WL 743834, at *1 (M.D. Fla. Feb. 26, 2010); *Kernisant v. City of New York*, 225 F.R.D. 422, 431 (E.D.N.Y. 2005). The

Court may grant an enlargement "for good cause … if a request is made before the original time or its extension expires…." Fed. R. Civ. P. 6(b)(1). This request is being made before the expiration of the time to respond and is supported by good cause.

Accordingly, the United States requests a 7-day extension of time up to and including May 26, 2023, by which to file its reply in support of its Motion to Dismiss.

### **Local Rule 3.01(g) Certification**

On May 19, 2023, the undersigned both emailed and telephoned Mr. Slater and Mr. Cook without success. Upon the opportunity to discuss with counsel, the undersigned will file an updated 3.01(g) certification.

Dated: May 19, 2023

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Julie Posteraro*
Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: Julie.Posteraro@usdoj.gov

LEAD COUNSEL

3