UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

        Plaintiff,

v.                                Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

        Defendant.
_____/

## SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to the requirements of Local Rule 3.01(g), the undersigned conferred with counsel for Plaintiff regarding the filed Motion for Extension of Time to File Reply (Doc. 14). Plaintiff does not oppose the requested relief.

Dated: May 22, 2023                Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

                          By:   */s/ Julie Posteraro*
                                        Julie R. Posteraro
                                        Assistant United States Attorney
                                        USA No. 157
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida 32801
                                        Telephone: (407) 648-7500
                                        Facsimile: (407) 648-7588
                                        Email: Julie.Posteraro@usdoj.gov