UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

                Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

                Defendant.
_____/

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

        Plaintiff,

v.                              Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

        Defendant.
_____/

## DECLARATION OF NATHAN T. SOLOMON

Pursuant to 28 U.S.C. § 1746, and under the laws of the United States of America, I declare under penalty of perjury the following:

1. I make this Declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the following matters.

2. I am familiar with the allegations set forth in the above-captioned action.

3. I work for the United States Postal Service ("USPS" or "Postal Service") as Chief Counsel of its General Law Unit ("GLU") located in St. Louis, Missouri. My office is remotely domiciled in Philadelphia, PA. I have been licensed to practice law in the Commonwealth of Pennsylvania since 2013 and have been employed by the USPS since August 2013. Duties of GLU personnel include, among other things, responding to third party subpoenas issued to the Postal Service for information and documents related to certified mail. As part of my duties, I have access to internal delivery records for certified mail pieces.

1

4. A true and correct copy of the internal tracking information related to the certified mail piece 70142120000310522918 (hereinafter referred to as "the mail piece") is attached as Exhibit A. The destination zip code for the mail piece was 30331.

5. As indicated in Exhibit A, the known last scan of the mail piece occurred on March 14, 2022, at 1:50pm. This scan occurred when the mail piece was located at the Atlanta Processing and Distribution Center in Atlanta, Georgia. The subsequent tracking entries in Exhibit A are system generated automatically and do not reflect an actual scan of the mail piece. Had the mail piece left the Atlanta Processing and Distribution Center, it would have undergone multiple additional scans. In other words, there is no evidence the mail piece left the Atlanta Processing and Distribution Center.

6. I have also reviewed the tracking information for three other mailings with a destination zip code of 30331 (the same destination zip code of the mail piece) that were scanned by the same sorting machine that scanned the mail piece on March 14, 2022, at 1:50pm. The tracking information for these mailings is instructive as to the information we would expect to see for mailings with the same destination zip code. All three mailings were scanned by the same machine, on the same day, at or about the same time as the mail piece. One of the mailings was scanned at 1:41pm and the two others were scanned at 1:49pm. The tracking information for these three mailings indicates that each was scanned at least three additional times before they were delivered to the intended recipients. Specifically, all three were scanned on March 16, 2022, at 8:59am when they arrived at the Industrial Station Post Office for delivery. Industrial Station is located at 5686 Fulton

Industrial Blvd. SW, Atlanta, GA 30336 and is responsible for delivering mail to zip code 30331.

7. The Postal Service has no records or information indicating that the mail piece arrived at or was scanned at Industrial Station.

8. Ms. Bright asserts the tracking information establishes the administrative claim was received and departed from the Atlanta mail distribution center. Based on the available tracking information for the mail piece and the three other mailings intended for delivery in the 30331 zip code, there is no data or information to support a conclusion the mail piece left the Atlanta Processing and Distribution Center.

Dated: May 22, 2023

Nathan T Solomon
Attorney
United States Postal Service

3



USPS Tracking Plus™ Statement
As of May 19, 2023

Tracking Number: 70142120000310522918

| Date & Time | Status of Item | Location |
|---|---|---|
| March 18, 2022 6:50 pm | IN TRANSIT TO NEXT FACILITY | |
| March 17, 2022 6:50 pm | IN TRANSIT TO NEXT FACILITY | |
| March 16, 2022 6:50 pm | IN TRANSIT TO NEXT FACILITY | |
| March 15, 2022 6:50 pm | IN TRANSIT TO NEXT FACILITY | |
| March 14, 2022 1:50 pm | ENROUTE/PROCESSED | ATLANTA, GA 30304 |
| March 13, 2022 6:00 pm | IN TRANSIT TO NEXT FACILITY | |
| March 12, 2022 11:00 pm | ENROUTE/PROCESSED | ATLANTA, GA 30304 |
| March 12, 2022 6:04 pm | IN TRANSIT TO NEXT FACILITY | |
| March 11, 2022 7:04 pm | ENROUTE/PROCESSED | TALLAHASSEE, FL 32301 |
| March 11, 2022 6:05 pm | IN TRANSIT TO NEXT FACILITY | |
| March 10, 2022 6:05 pm | IN TRANSIT TO NEXT FACILITY | |
| March 9, 2022 11:05 pm | DEPART USPS FACILITY | TALLAHASSEE, FL 32301 |
| March 9, 2022 8:40 pm | ENROUTE/PROCESSED | TALLAHASSEE, FL 32301 |
| March 9, 2022 4:42 pm | ACCEPT OR PICKUP | TALLAHASSEE, FL 323017700 |

*If the USPS Tracking Plus<sup>TM</sup> Statement was prepared before the item reached its final destination, the tracking history will continue to refresh and populate status updates as the item travels through the USPS<sup>Â®</sup> network.  Return to USPS.com to prepare a new USPS Tracking Plus<sup>TM</sup> Statement.*

Exhibit A