UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

               Plaintiff,

v.                                 Case No. 5:23-cv-00101-BJD-PRL

UNITED STATES OF AMERICA,

               Defendant.
_____/

# **EXHIBIT B**



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
P.O. Box 1029
Coleman, Florida   33521-1029

OCTOBER 26, 2021

AMANDA HAYES
Register Number: 51339-074
c/o JAMES COOK ESQ.
LAW OFFICE OF JAMES COOK
314 WEST JEFFERSON STREET
TALLAHASSEE, FL 32301

Re:   Administrative Claim #TRT-SER-2022-00380

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege personal injury, damage, or death.  The claim was accepted for filing on October 14, 2021, by the agency involved in your personal injury/property loss.  The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim.  Therefore, an answer to your claim will be mailed on or before April 13, 2022.  It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records **(do not send originals as they will not be returned)** in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss.  You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Jeff Middendorf
CLC Coleman Supervisory Attorney