UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTY BRIGHT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 5:23-cv-101-BJD-PRL

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

Pursuant to Local Rule 3.01(d), Plaintiff Cristy Bright respectfully requests leave to file a brief, three-page surreply to rebut the government's reply in support of its motion to dismiss Plaintiff's complaint under the Federal Tort Claims Act, particularly the government's reliance on the testimony of Nathan T. Solomon, an attorney for the U.S. Postal Service. (Docs. 17, 17-1). Because the government's reply offers new evidence, Plaintiff requests an opportunity to address Mr. Solomon's methodology and conclusions, which Plaintiff believes will be helpful to the Court in determining whether the government has met its burden under *Barnett v. Okeechobee Hosp.*, 283 F.3d 1232 (11th Cir. 2002) to rebut the presumption of mailing.

## Local Rule 3.01(g) Certification

On May 31, 2023, the undersigned conferred with counsel for the United States, who does not oppose the relief requested herein.

Dated: May 31, 2023.

        Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

    -and-

James V. Cook (FBN 0966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on May 31, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
     James M. Slater