UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Choose division

Plaintiffs,

Case No.

v.

Defendants.
_____

**Mediation Report**

The parties held a mediation conference on _____, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☐ lead counsel

☐ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐    The parties completely settled the case.

☐    The parties partially settled the case. The following issues remain:

_____

_____

_____

☐    The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☐    The parties have reached an impasse.

_____
Add name of mediator
If counsel, add name of client
Add date of signature