# U.S. District Court
## Middle District of Florida (Ocala)
## CIVIL DOCKET FOR CASE #: 5:23-cv-00101-BJD-PRL
### Internal Use Only

| | |
|---|---|
| Bright v. United States of America | Date Filed: 02/10/2023 |
| Assigned to: Judge Brian J. Davis | Jury Demand: None |
| Referred to: Magistrate Judge Philip R. Lammens | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:2671 Federal Tort Claims Act | Jurisdiction: Federal Question |

**Plaintiff**

**Cristy Bright**    represented by    **James V. Cook**
Law Office of James V. Cook
314 W Jefferson St
Tallahassee, FL 32301
850/222-8080
Fax: 850/561-0836
Email: cookjv@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
305-523-9023
Email: james@slater.legal
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**    represented by    **Julie Posteraro**
US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/648-7590
Fax: 407/648-7643
Email: Julie.Posteraro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2023 | 1 | COMPLAINT against United States of America (Filing fee $402 receipt number AFLMDC-20501037) filed by Cristy Bright. (Attachments: # 1 Civil Cover Sheet, # 2 |

| | | |
|---|---|---|
| | | Proposed Summons)(Slater, James) (Entered: 02/10/2023) |
| 02/13/2023 | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Philip R. Lammens. New case number: 5:23-cv-0101-BJD-PRL. (SJB) (Entered: 02/13/2023) |
| 02/13/2023 | | REFUND for duplicate payment. Receipt number AFLMDC-20501034 refunded in the amount of $ $402.00 paid to James Slater.. (NLC) (Entered: 02/13/2023) |
| 02/17/2023 | 3 | SUMMONS issued to the US Attorney for the United States of America served on 2/17/2023. (LAB) Modified on 2/17/2023 (LAB). (Entered: 02/17/2023) |
| 02/21/2023 | 4 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 02/21/2023) |
| 04/24/2023 | 5 | MOTION to Dismiss Complaint by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Posteraro, Julie) (Entered: 04/24/2023) |
| 04/25/2023 | 6 | NOTICE of Lead Counsel Designation by Julie Posteraro on behalf of United States of America. Lead Counsel: Julie Posteraro. (Posteraro, Julie) (Entered: 04/25/2023) |
| 04/26/2023 | 7 | NOTICE of Lead Counsel Designation by James V. Cook on behalf of Cristy Bright. Lead Counsel: James V. Cook. (Cook, James) (Entered: 04/26/2023) |
| 04/28/2023 | 8 | CERTIFICATE of interested persons and corporate disclosure statement by United States of America. (Posteraro, Julie) (Entered: 04/28/2023) |
| 05/01/2023 | 9 | CERTIFICATE of interested persons and corporate disclosure statement by Cristy Bright. (Slater, James) (Entered: 05/01/2023) |
| 05/08/2023 | 10 | RESPONSE in Opposition re 5 MOTION to Dismiss Complaint filed by Cristy Bright. (Slater, James) (Entered: 05/08/2023) |
| 05/08/2023 | 11 | DECLARATION of James V. Cook re 10 Response in Opposition to Motion by Cristy Bright. (Attachments: # 1 Exhibit Cover letter with attached SF95, # 2 Exhibit Certified mail receipt)(Slater, James) (Entered: 05/08/2023) |
| 05/12/2023 | 12 | Unopposed MOTION for Leave to File a Reply in support re 5 Motion to Dismiss by United States of America. (Posteraro, Julie) Modified on 5/15/2023 (HAI). (Entered: 05/12/2023) |
| 05/15/2023 | 13 | **ENDORSED ORDER: The United States' Unopposed Motion for Leave to File a Reply 12 is GRANTED. On or before May 19, 2023, the United States may respond in no more than five (5) pages. Signed by Judge Brian J. Davis on 5/15/2023. (AMP)** (Entered: 05/15/2023) |
| 05/16/2023 | | Set/reset deadlines as to 5 MOTION to Dismiss Complaint . Replies due by 5/19/2023. (HAI) (Entered: 05/16/2023) |
| 05/19/2023 | 14 | MOTION for Extension of Time to File Response/Reply by United States of America. (Posteraro, Julie) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 05/19/2023) |

| Date | # | Description |
|---|---|---|
| 05/22/2023 | 15 | SUPPLEMENT re 14 MOTION for Extension of Time to File Response/Reply *Local Rule 3.01(g) Certification* by United States of America. (Posteraro, Julie) (Entered: 05/22/2023) |
| 05/22/2023 | 16 | **ENDORSED ORDER: The Government's Motion for Extension of Time to File Reply 14 is GRANTED *nunc pro tunc*. By May 26, 2023, the Government may reply in support of its Motion to Dismiss. Signed by Judge Brian J. Davis on 5/22/2023. (AMP)** (Entered: 05/22/2023) |
| 05/26/2023 | 17 | REPLY to Response to Motion re 5 MOTION to Dismiss Complaint filed by United States of America. (Attachments: # 1 Exhibit A (Declaration of Nathan T. Solomon), # 2 Exhibit B)(Posteraro, Julie) (Entered: 05/26/2023) |
| 05/31/2023 | 18 | Unopposed MOTION for Leave to File Other Document :Surreply in response to United States' Reply in support of its Motion to Dismiss by Cristy Bright. (Slater, James) (Entered: 05/31/2023) |
| 06/01/2023 | 19 | Document entered in error and has been re-docketed in the correct case. Modified on 6/1/2023 Document removed per chambers. (HAI). (Entered: 06/01/2023) |
| 06/01/2023 | 20 | **ENDORSED ORDER: Plaintiff's Motion for Leave to File Surreply 18 is GRANTED. By June 9, 2023, Plaintiff may file a surreply, not to exceed three (3) pages in length. Additionally, Plaintiff's counsel is directed to Local Rule 1.09, which explains *inter alia*, how to title unopposed motions. Signed by Judge Brian J. Davis on 6/1/2023. (AMP)** (Entered: 06/01/2023) |
| 06/07/2023 | 21 | CASE MANAGEMENT REPORT. (Slater, James) (Entered: 06/07/2023) |
| 06/07/2023 | 22 | REPLY to Response to Motion re 5 MOTION to Dismiss Complaint *Surreply* filed by Cristy Bright. (Slater, James) (Entered: 06/07/2023) |