UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| CHRISTY BRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:23-cv-101-BJD-PRL |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09(a), Plaintiff Christy Bright, through her counsel, respectfully notifies the Court that the parties have reached a settlement in this case whereby all parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs.

Counsel are in the process of drafting their settlement papers, and respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and administratively close this case while the parties finalize their settlement papers and complete all conditions of settlement. Counsel would ask the Court permit 60 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal.

Dated: January 9, 2024.

          Respectfully submitted,

          */s/ James M. Slater*
          James M. Slater (FBN 111779)
          Slater Legal PLLC
          113 S. Monroe Street
          Tallahassee, Florida 32301
          Tel: (305) 523-9023
          james@slater.legal

          James V. Cook (FBN 0966843)
          Law Office of James Cook
          314 W. Jefferson Street
          Tallahassee, Florida 32301
          Tel. (850) 222-8080
          Fax (850) 561-0836
          cookjv@gmail.com

          *Counsel for Plaintiff*