# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHRISTY BRIGHT,

      Plaintiff,

v.                                                                               Case No: 5:23-cv-101-BJD-PRL

UNITED STATES OF AMERICA,

      Defendant.
_____

## **ORDER**

The Court was advised that this case has settled. *See* Notice of Settlement Doc. 26. Accordingly, pursuant to Local Rule 3.09(b), this case is **DISMISSED without prejudice** subject to the right of either party within sixty days of this Order, or upon the expiration of a later date established by the Court, to move to reopen the case for entry of a stipulated final order or judgment or upon good cause shown for further proceedings. If no party files an appropriate paper on or before **March 11, 2024**, the **Clerk** is **DIRECTED** to dismiss the action with prejudice and without further notice.

The **Clerk** is now **DIRECTED** to terminate any pending deadlines and administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of January, 2024.

_____
BRIAN J. DAVIS
United States District Judge

c:
Counsel of Record