UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CRISTY BRIGHT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 5:23-cv-00101-BJD-PRL

### Notice of Withdrawal of Motion to Reopen Case

Plaintiff Cristy Bright, through her undersigned counsel, advises the Court that she hereby withdraws her motion to reopen the case. [ECF No. 28].

Dated: March 19, 2024

By: /s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

By: /s/ *James V. Cook*
James V. Cook (FBN 0966843)
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301

Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*